IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 1:09-cr-00014-MP-AK

NOEL TIRRELL OWENS,
PAUL LYNDEL MANNING,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 61, Motion by Noel Tirrell Owens to authorize release to Mr. Owens' counsel of the psychiatric report regarding Mr. Manning. The government responded, Doc. 62, and did not oppose the request. Instead, the government noted that the report was filed under seal and stated, "the Government seeks judicial review on whether to disclose to defense the contents of Paul Lyndell Manning's confidential psychological evaluation." Having considered the motion and responses, the Court directs that the government should disclose the report to counsel for the defense. The report is to be used in this proceeding only and not duplicated or disseminated.

    **DONE AND ORDERED** this _23rd_ day of September, 2009

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge