IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  1:09cr14-WS/GRJ

NOEL OWENS,                                                         1:12cv72-WS/GRJ

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 173) docketed July 21, 2014.  The magistrate judge recommends that the defendant's motion to vacate, set aside, or correct sentence (doc. 163) be denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 163) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion to vacate, set aside, or correct sentence (doc. 163) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close Case No. 1:12cv72-WS/GRJ.

5. The clerk shall enter judgment stating: "The defendant's motion to vacate, set aside or correct sentence is DENIED."

DONE AND ORDERED this   2nd   day of   September  , 2014.


　　　　　　　　　　　　　　　s/ William Stafford
　　　　　　　　　　　　　　　WILLIAM STAFFORD
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE